IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 6:09-MJ-00078 MJS |
| Plaintiff, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| LISA MCDARMENT, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant shall be released. Defendant is **ORDERED to APPEAR before the Judge Gary S Austin October 15, 2014 @ 1:30 P.M. at the United States District Court 2500 Tulare Street, Courtroom 10, Fresno CA 93721.**

DATED: October 14, 2014

         /s/ Michael J. Seng
         HONORABLE MICHAEL J. SENG
         U.S. MAGISTRATE JUDGE

1